1 | Raymond Paul Johnson, Esq. — SBN 110784
  | Donald R. Hammond — SBN 270898
2 | **RAYMOND PAUL JOHNSON, A LAW CORPORATION**
  | South Bay   Los Angeles
3 | 2121 Rosecrans Avenue, Suite 3400                                  *REMAND/JS-6*
  | El Segundo, California 90245
4 | Telephone: (310) 246-9300 / Facsimile (310) 640-1900

5 | John V. Abdulian — SBN 108723
  | 2121 Rosecrans Avenue, Suite 3400
6 | El Segundo, California 90245
  | Telephone: (213) 623-2377

Attorneys for Plaintiff, Alexandra Lebedeff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA LEBEDEFF, individually; | CASE NO.: CV12-10938-GW (RZx) |
| Plaintiff, | **ORDER FOR REMAND TO STATE COURT** |
| vs. | |
| HILTON WORLDWIDE, INC., a Delaware corporation, dba Embassy Suites Hotels and DOES 1 through 100, inclusive, | Dept.: 10<br>Complaint Filed: October 15, 2012<br>Trial Date: None as yet |
| Defendants. | |

## ORDER ON STIPULATION

Pursuant to the Stipulation of the parties, and good cause appearing that this Court lacks subject matter jurisdiction in that Plaintiff's First-Amended Complaint lacks complete diversity of the parties, the instant matter is hereby REMANDED to the Superior Court of the State of California for the County of Los Angeles (BC493816).

Plaintiff is ordered to give notice of this Order and file the original Notice with the Court.

DATED: February 7, 2013

_____
GEORGE H. WU, U.S. District Judge

-1-
31850.013                              **ORDER ON STIPULATION**